# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL ANTHONY RAMOS, | Case No. 1:18-cv-00207-AWI-SAB-HC |
|---|---|
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING MOTION TO DISMISS IN PART, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE |
| v. | |
| DANIEL PARAMO, | |
| Respondent. | (ECF Nos. 11, 16) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 24, 2018, the Magistrate Judge issued Findings and Recommendation that recommended granting Respondent's motion to dismiss and allowing Petitioner to proceed with his sole exhausted claim. (ECF No. 16). This Findings and Recommendation was served on Petitioner and contained notice that any objections were to be filed within thirty (30) days of the date of service of that order. The Court subsequently granted an extension of time to file objections. (ECF No. 19). To date, Petitioner has filed no objections, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the matter. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation (ECF No. 16) issued on July 24, 2018 is ADOPTED;
2. Respondent's motion to dismiss (ECF No. 11) is GRANTED;
3. Petitioner is allowed to proceed with the sole exhausted claim of the petition (ineffective assistance of trial counsel for failure to impeach a witness regarding her probation status); and
4. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   December 20, 2018

_____
SENIOR DISTRICT JUDGE